CLEVELAND BAR ASSOCIATION *v.* KAIGLER.

[Cite as Cleveland Bar Assn. *v.* Kaigler (1991), 57 Ohio St. 3d 197.]

(No. 90-828—Submitted October 3, 1990—Decided February 20, 1991.)

*Robert C. Weber, Robert J. Fogarty* and *Michael E. Murman,* for relator.

*Lawrence M. Kaigler, pro se.*

*Per Curiam.* After reviewing the extensive amount of evidence from the disciplinary and related court proceedings, we agree with the findings and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.